176 So. 384

### Fred GRAHAM v. STATE.

### 6 Div. 167.

Supreme Court of Alabama.

Oct. 7, 1937.

Rehearing Denied Oct. 28, 1937.

Albert Boutwell and Robert Giles, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

**654**

PER CURIAM.

Petition of Fred Graham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Graham v. State, 27 Ala.App. 505, 176 So. 382.

Without approving all that is said in the opinion of the Court of Appeals, the writ is denied. Mobile Pure Milk Co. v. Coleman, 230 Ala. 432, 161 So. 829.

Writ denied.

ANDERSON, C. J., and THOMAS, GARDNER, and BOULDIN, JJ., concur.